IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP W. PHILLIPS,

      Petitioner,                    No. CIV S-07-2365 WBS GGH P

    vs.

STEVE MOORE, et al.,

      Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 27, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1.  The findings and recommendations filed June 27, 2008, are adopted in full;

2.  This action is stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9thCir. 2008), *reh'g en banc granted,* ___ F.3d ___, No. 06-55392 (9th Cir. Filed May 16, 2008);

3.  The Clerk is directed to administratively close the file in this case; and

4.  When a final decision has been reached by the Ninth Circuit, counsel for respondents shall promptly inform the court and request that the file be reopened.

DATED:  August 27, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

phillips.jo